UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 93-8048 -CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

John Ruff, III,

    Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing for violations of supervised release on April 25, 2008. The Court finds the defendant has violated the terms of his supervised release as set forth in the petition for violation and the defendant admits same.

**IT IS HEREBY ORDERED and ADJUDGED** that the defendant's term of supervised release imposed by the Court is **revoked.** The defendant is committed to the custody of the U.S. Bureau of Prisons for a term of Time Served. Upon release from imprisonment the defendant shall be placed on **Supervised Release for a term of 29 months. Six months shall be served at a halfway house.** The court recommends the defendant receive training while in the halfway house. . All previously imposed conditions of supervised release shall apply.

**DONE and ORDERED** in West Palm Beach, this _25_ day of April , 2008.

_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc: counsel of record
U.S. Probation
U.S. Marshal